IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02371-REB-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$15,000.00 IN UNITED STATES CURRENCY,
$5,280.00 IN UNITED STATES CURRENCY,
$1,631.00 IN UNITED STATES CURRENCY,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      THIS MATTER IS before the court on Claimant Manuel Villalobos-Solis's Unopposed Motion to Stay Proceedings (*doc # 21*), filed April 19, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and all proceedings in the current action are stayed for 30 days from the date of this order.

      IT IS FURTHER ORDERED that on or before **May 23, 2011**, Claimant shall show cause why this case should not be administratively closed, subject to being re-opened upon a showing of good cause. *See* D.C.Colo.LCivR 41.2.

**DATED:**    April 21, 2011