**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02371-REB-CBS

UNITED STATES OF AMERICA ,

    Plaintiff,
v.

$15,000.00 IN UNITED STATES CURRENCY,
$5,280.00 IN UNITED STATES CURRENCY, and
$1,631.00 IN UNITED STATES CURRENCY,

    Defendant

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the **Unopposed Motion To Administratively Close Case Subject to Being Re-Opened** [#24][1] filed May 23, 2011.  After reviewing the report and the file, I conclude that the motion should be granted and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion To Administratively Close Case Subject to Being Re-Opened** [#24] filed May 23, 2011, is **GRANTED**; **and**

2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated May 23, 2011, at Denver, Colorado.

                                                       **BY THE COURT:**

                                                       Robert E. Blackburn
                                                     United States District Judge

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.