**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02371-REB-CBS

UNITED STATES OF AMERICA

      Plaintiff,

v.

$15,000.00 In united states currency,
$5,280.00 in united states currency,
$1,631.00 in united states currency,

      Defendant.

## ORDER RE: UNOPPOSED MOTION TO RE-OPEN CASE

**Blackburn, J.**

The matter before me is the **Unopposed Motion To Re-Open Case** [#26][1] filed February 3, 2012, by the claimant, Manuel Villalobos-Solis. After reviewing the motion and the file, I find that good cause exists under to D.C.COLO.LCivR 41.2 to reopen this civil action. Specifically, this case was closed administratively, pending the conclusion of the criminal prosecution of the claimant, which prosecution is now concluded.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Unopposed Motion To Re-Open Case** [#26] filed February 3, 2012, is **GRANTED**;

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     2.  That the clerk **SHALL REOPEN** this civil action; and

     3.  That the parties **SHALL CONTACT** chambers to set this matter for a status conference or other propitious proceeding.

     Dated February 10, 2012, at Denver, Colorado.

                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge