**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02371-REB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$15,000.00 IN UNITED STATES CURRENCY,
$5,280.00 IN UNITED STATES CURRENCY,
$1,631.00 IN UNITED STATES CURRENCY,

        Defendants.
_____

## FINAL ORDER OF FORFEITURE
_____

**Blackburn, J.**

      The matter is before me on the government's **Unopposed Motion for Final Order of Forfeiture** [#35][1] filed August 1, 2012. The court having reviewed the motion and applicable law, finds as follows:

      THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

      THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

      THAT the sole claimant Manuel Villalobos-Solis, through Ariel Benjamin, Esq., has filed a Verified Statement in Interest and Answer to the Verified Complaint;

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

THAT the United States and sole claimant Manuel Villalobos-Solis, through Ariel Benjamin, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant property have been filed;

THAT on agreement of the parties, claimant Manuel Villalobos-Solis agrees to forfeit defendants $15,000.00 in United States Currency, $1,631.00 in United States Currency, and $3,000.00 of defendant $5,280.00 in United States Currency, which funds will be forfeited pursuant to 21 U.S.C. § 881 and disposed of in accordance with law;

THAT on agreement of the parties, the United States has agreed to return to claimant Manuel Villalobos-Solis, the remaining $2,280.00 of defendant $5,280.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the government's **Unopposed Motion for Final Order of Forfeiture** [#35] filed August 1, 2012, is **GRANTED**;

2. That judgment of forfeiture of defendant $15,000.00 in United States Currency, defendant $1,631.00 in United States Currency, and $3,000.00 of defendant $5,280.00 in United States Currency is entered in favor of the United States; provided, furthermore, that the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and

provisions of the parties' Settlement Agreement; and

     3. That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

     Dated August 1, 2012, at Denver, Colorado

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge