**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02371-REB-CBS

UNITED STATES OF AMERICA.

    Plaintiff,

v.

$15,000.00 IN UNITED STATES CURRENCY,
$5,280.00 IN UNITED STATES CURRENCY, and
$1,631.00 IN UNITED STATES CURRENCY,

    Defendant.

## ORDER OF CLOSURE

**Blackburn, J.**

The matter is before me on the **Order To Show Cause** [#38][1] issued by the court on October 2, 2012. In that order, I directed the government to show cause why this case should not be closed or administratively closed. In its response [#39] filed October 2, 2012, the government does not object to the closure of this case. Having reviewed the file and the record, I conclude that the **Order To Show Cause** [#38] should be discharged and that this action should be closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#38] entered October 2, 2012, is **DISCHARGED**;

2. That the Trial Preparation Conference set for November 30, 2012, is **VACATED**;

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

3. That the jury trial set to commence December 17, 2012, is **VACATED**; and

4. That this action is **CLOSED**.

Dated October 3, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge